AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Oscar Vazquez-Velazquez | ) | Mag. No. 25-228 |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **March 25, 2025** in the county of **Walker** in the **Northern** District of **Alabama**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Illegal Reentry of a Previously Removed Alien |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
**GEORGE W HASSELL**
Digitally signed by GEORGE W HASSELL
Date: 2025.04.03 10:52:4 -05'00'

*Complainant's signature*

George Hassell, Deportation Officer, ICE
*Printed name and title*

Telephonically sworn to before me and electronically signed on

Date: 04/03/2025

_____
*Judge's signature*

City and state: Birmingham, Alabama

Gray M. Borden, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, George Hassell, being duly first sworn, depose and say:

1. I am a Deportation Officer with United States Immigration and Customs Enforcement ("ICE") within the United States Department of Homeland Security ("DHS"). I have served as a Deportation Officer with ICE since April 2022. I am currently assigned to the ICE Enforcement and Removal Operations – Birmingham, Alabama, sub office in the New Orleans, Louisiana, area of responsibility, and part of my duties include investigating violations of Title 8 of the United States Code ("U.S.C."), including illegal reentry by previously-removed aliens and related offenses.

2. This affidavit is made in support of a criminal complaint against Oscar Vazquez-Velazquez and sets forth the probable cause that Vazquez-Velazquez, a native and citizen of Mexico, illegally re-entered the United States after deportation, in violation of Title 8, United States Code, Section 1326(a).

3. This affidavit is based upon my personal knowledge, experience, and investigation, as well as information relayed to me by other federal and state law enforcement officers in the course of their official duties. Because this affidavit is submitted for the limited purpose of supporting a criminal complaint and arrest warrant, I have not included all information known by

1

me or other investigators. I have set forth only those facts I believe are essential to establish the necessary foundation for the complaint and warrant.

4. On or about March 25, 2025, Vazquez-Velazquez was arrested by the Jasper Police Department for domestic violence in the third degree near Jasper, AL in Walker County within the Northern District of Alabama. Vazquez-Velazquez subsequently entered ICE custody on March 28, 2025, at which time a fingerprint-based search of immigration and law enforcement databases revealed that Vazquez-Velazquez is a native and citizen of Mexico. These records further show that Vazquez-Velazquez was originally ordered removed from the United States on June 11, 2012, as reflected in an order from an Immigration Judge that is contained in Vazquez-Velazquez's Alien File. Vazquez-Velazquez was again ordered removed on October 1, 2018, after reentering the United States, as evidenced by a Form I-205 contained in his Alien File. Vazquez-Velazquez's most recent I-205 showed that he was, in fact, removed from the United States to Mexico on October 25, 2018, through the Hidalgo, TX Port of Entry.

5. Furthermore, a review of Vazquez-Velazquez's Alien File by DHS personnel confirmed that the records did not contain any documentation showing that he has applied for or received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, for admission to the United States following his most recent removal

on or about October 25, 2018. Had Vazquez-Velazquez made such an application, that fact would be reflected in his immigration records. Finally, I have no reason to believe that Vazquez-Velazquez was involuntarily found here in the Northern District of Alabama when he was arrested on or about March 25, 2025.

6. Based on the above facts, I believe that there is probable cause to establish that Oscar Vazquez-Velazquez has violated 8 U.S.C. § 1326(a)'s prohibition on illegal reentry by a previously-removed alien.

_____
GEORGE W HASSELL
Digitally signed by GEORGE W HASSELL
Date: 2025.04.03 10:57:00 -05'00'

George Hassell, Deportation Officer
U.S. Department of Homeland Security
Immigration and Customs Enforcement

Sworn to telephonically and subscribed electronically this the 3rd day of April 2025.

_____
The Honorable Gray M. Borden
United States Magistrate Judge
Northern District of Alabama

3